Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  18−26692−SLM
          Chapter:  13
          Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Yohan Modesto Flores
   dba Essex Painting Group INC
   40−42 Greylock Place
   Belleville, NJ 07109

Social Security No.:
   xxx−xx−4322

Employer's Tax I.D. No.:
   20−2279825

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/13/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 13, 2018
JAN: rah

                                                                       Jeanne Naughton
                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-26692-SLM
Yohan Modesto Flores                                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Sep 13, 2018
                              Form ID: 148             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2018.
```
db         +Yohan Modesto Flores,    40-42 Greylock Place,    Belleville, NJ 07109-1952
517712622  +CAPITAL ONE/LORD & TAYLOR,    P O BOX 30253,    SALT LAKE CITY UT 84130-0253
517712617  +GARDEN SAVINGS FCO,    129 LITTLETON ROAD,    PARSIPPANY NJ 07054-1897
517712619  +GARDEN SAVINGS FCU,    129 LITTLETON ROAD,    PARSIPPANY NJ 07054-1897
517712613  +SYNC/SCOREREWARDS DC,    P O BOX 965005,    ORLANDO FL 32896-5005
517712612   TOWNSHIP OF BELLEVILLE,    WATER DEPARTMENT 152,    WASHINGTON AVE,    BELLEVILLE NJ 07109
517712611  +WELLS FARGO BANK,    NATIONAL ASSOCIATION,    STERN & EISENBERG PC,    22 N MAIN STREET,
             LAMBERTVILLE NJ 08530-2104
517712620  +WF/BOBS DISCOUNT FURNITURE,    P O BOX 14517,    DES MOINES IA 50306-3517
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 13 2018 23:06:28     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 13 2018 23:06:25      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517712616      +EDI: WFNNB.COM Sep 14 2018 02:23:00      COMENITY BANK/VCTRSSEC,    P O BOX 182789,
                 COLUMBUS OH 43218-2789
517712621      +EDI: TSYS2.COM Sep 14 2018 02:23:00      MACYS DEPARTMENT STORES,    P O BOX 8218,
                 MASON OH 45040-8218
517712618      +EDI: RMSC.COM Sep 14 2018 02:23:00      SYNCB/KTM RETAIL FINANCE,    P O BOX 965073,
                 ORLANDO FL 32896-5073
517712615      +EDI: RMSC.COM Sep 14 2018 02:23:00      SYNCB/LOWES,    P O BOX 965005,    ORLANDO FL 32896-5005
517712614       EDI: TDBANKNORTH.COM Sep 14 2018 02:23:00      TD BANK NA,    32 CHESNUT STREET,
                 LEWISTON ME 04240
                                                                                               TOTAL: 7
```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2018 at the address(es) listed below:
```
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
               for Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series
               2005-HE5 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```