**LAW OFFICES OF STEVEN D. PERTUZ, LLC**
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel:(973) 669-8600
Fax:(973) 669-8700
By: Steven D. Pertuz, Esq. (SDP-5632)
Attorneys for Yohan Modesto Flores, Debtor

| | |
|---|---|
| In re:<br><br>YOHAN MODESTO FLORES<br><br>          Debtor. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Chapter 13<br><br>Case No.: 18-26692 (SLM) |

**NOTICE OF APPEARANCE WITH REQUEST FOR COPIES OF ALL ORDERS, NOTICES, AND PLEADINGS UNDER BANKRUPTCY RULES 2002 (g) AND 9010 (b)**

Steven D. Pertuz, Esq., retained counsel for Yohan Modesto Flores, Chapter 13 Debtor in the above case, hereby appears and requests, pursuant to Bankruptcy Rules 2002 (g) and 9010 (b), that (1) he receive copies of all notices, pleadings, proposed orders and conformed copies of orders filed in this case; and that (2) all such documents be directed to counsel at the address set forth below.

Dated: October 6, 2018

By: /s/ Steven D. Pertuz
STEVEN D. PERTUZ, Esq.
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700