| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| | **Order Filed on October 9, 2018<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey** |
| In Re:<br><br>Yohan Modesto Flores | Case No.:  18-26692<br><br>Chapter:  13<br><br>Judge:  Stacey L. Meisel |

## ORDER DENYING APPLICATION FOR AN ORDER SHORTENING TIME

The relief set forth on the following pages, numbered two (2) through ___2___ is **ORDERED**.

**DATED: October 9, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Yohan Modesto Flores |
| Case No.: | 18-26692 |
| Caption of Order: | Order Denying Application for an Order Shortening Time |

**THIS MATTER** having been brought before the Court by the debtors, Yohan Modesto Flores ("**Debtor**"), by and through counsel, Law Offices of Steven D. Pertuz, LLC, by an *Application for Order Shortening Time* (Docket No. 17) seeking an Order from the Court shortening the time period for notice and a hearing on Debtor's Motion to Vacate Dismissal of Case in Accordance ("**Motion**") (Docket No.16); it is hereby

**ORDERED** as follows:

1. The Application for Order Shortening Time is DENIED.

2. Hearing shall be conducted on the Motion on October 31, 2018 at 10:00 AM.

The moving party shall serve this Order on the Chapter 13 Trustee, all creditors and all parties who entered an appearance on this matter.