UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on October 9, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

Yohan Modesto Flores

Case No.: 18-26692

Chapter: 13

Judge: Stacey L. Meisel

## ORDER DENYING APPLICATION FOR AN ORDER SHORTENING TIME

The relief set forth on the following pages, numbered two (2) through ___2___ is **ORDERED**.

**DATED: October 9, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Yohan Modesto Flores |
| Case No.: | 18-26692 |
| Caption of Order: | Order Denying Application for an Order Shortening Time |

**THIS MATTER** having been brought before the Court by the debtors, Yohan Modesto Flores ("**Debtor**"), by and through counsel, Law Offices of Steven D. Pertuz, LLC, by an *Application for Order Shortening Time* (Docket No. 17) seeking an Order from the Court shortening the time period for notice and a hearing on Debtor's Motion to Vacate Dismissal of Case in Accordance ("**Motion**") (Docket No.16); it is hereby

**ORDERED** as follows:

1. The Application for Order Shortening Time is DENIED.

2. Hearing shall be conducted on the Motion on October 31, 2018 at 10:00 AM.

The moving party shall serve this Order on the Chapter 13 Trustee, all creditors and all parties who entered an appearance on this matter.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-26692-SLM
Yohan Modesto Flores                                                  Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Oct 09, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2018.
db            +Yohan Modesto Flores,    40-42 Greylock Place,    Belleville, NJ 07109-1952

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2018 at the address(es) listed below:
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
               for Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series
               2005-HE5 rsolarz@kmllawgroup.com
              Steven D. Pertuz    on behalf of Debtor Yohan Modesto Flores pertuzlaw@verizon.net,
               G16461@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4