UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 Two Bridges Road
Suite 330
Fairfield, NJ 07004-1550
973-227-2840
Chapter 13 Standing Trustee

In Re:

Yohan Modesto Flores

Case No.: 18-26692

Chapter: 13

Hearing Date: 10/31/18 @ 11 AM

Judge: SLM

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Objection to Motion to Vacate Dismissal at docket #20 has been resolved. Debtor has docketed proposed schedules at docket #22 and submit revised order for plan payments.

Date: 10/30/18

/s/Brian M. Knapp, Esq.
Signature

rev.8/1/15