Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  18−26692−SLM
        Chapter:  13
        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Yohan Modesto Flores
   dba Essex Painting Group INC
   40−42 Greylock Place
   Belleville, NJ 07109

Social Security No.:
   xxx−xx−4322

Employer's Tax I.D. No.:
   20−2279825

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:               12/12/18
Time:              08:30 AM
Location:          Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 1, 2018
JAN: dlr

                                                       Jeanne Naughton
                                                       Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Yohan Modesto Flores  
    Debtor

Case No. 18-26692-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Nov 01, 2018  
                           Form ID: 132      Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2018.
```
db              +Yohan Modesto Flores,    40-42 Greylock Place,    Belleville, NJ 07109-1952
517712622       +CAPITAL ONE/LORD & TAYLOR,    P O BOX 30253,    SALT LAKE CITY UT 84130-0253
517712617       +GARDEN SAVINGS FCO,    129 LITTLETON ROAD,    PARSIPPANY NJ 07054-1897
517712619       +GARDEN SAVINGS FCU,    129 LITTLETON ROAD,    PARSIPPANY NJ 07054-1897
517712621       +MACYS DEPARTMENT STORES,    P O BOX 8218,    MASON OH 45040-8218
517712613       +SYNC/SCOREREWARDS DC,    P O BOX 965005,    ORLANDO FL 32896-5005
517712612        TOWNSHIP OF BELLEVILLE,    WATER DEPARTMENT 152,    WASHINGTON AVE,    BELLEVILLE NJ 07109
517712611       +WELLS FARGO BANK,    NATIONAL ASSOCIATION,    STERN & EISENBERG PC,    22 N MAIN STREET,
                  LAMBERTVILLE NJ 08530-2104
517712620       +WF/BOBS DISCOUNT FURNITURE,    P O BOX 14517,    DES MOINES IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 01 2018 23:51:38     U.S. Attorney,   970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 01 2018 23:51:36     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ  07102-5235
517712616       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 01 2018 23:51:14     COMENITY BANK/VCTRSSEC,
                  P O BOX 182789,    COLUMBUS OH 43218-2789
517712618       +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2018 00:13:06      SYNCB/KTM RETAIL FINANCE,
                  P O BOX 965073,    ORLANDO FL 32896-5073
517712615       +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2018 00:13:07      SYNCB/LOWES,   P O BOX 965005,
                  ORLANDO FL 32896-5005
517712614        E-mail/Text: bankruptcy@td.com Nov 01 2018 23:51:41     TD BANK NA,    32 CHESNUT STREET,
                  LEWISTON ME 04240
                                                                                              TOTAL: 6
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2018                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2018 at the address(es) listed below:
```
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
               for Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series
               2005-HE5 rsolarz@kmllawgroup.com
              Steven D. Pertuz    on behalf of Debtor Yohan Modesto Flores pertuzlaw@verizon.net,
               G16461@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```