STEVEN D. PERTUZ, ESQ.
111 NORTHFIELD AVE. STE 304
WEST ORANGE, NJ  07052

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
Chapter 13 Case # 18-26692

| Re: | YOHAN MODESTO FLORES | Atty: | STEVEN D. PERTUZ, ESQ. |
|---|---|---|---|
| | 40-42 GREYLOCK PLACE | | 111 NORTHFIELD AVE. STE 304 |
| | BELLEVILLE, NJ 07109 | | WEST ORANGE, NJ 07052 |

## RECEIPTS AS OF 12/31/2018   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/14/2018 | $825.00 | 950008140 | 12/12/2018 | $825.00 | 950009163 |

**Total Receipts: $1,650.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $1,650.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018   (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 141.06 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE/LORD & TAYLOR | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | QUANTUM3 GROUP LLC | UNSECURED | 308.96 | 0.00% | 0.00 | 0.00 |
| 0003 | GARDEN SAVINGS FCO | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | GARDEN SAVINGS FCU | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | MACYS DEPARTMENT STORES | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | SYNC/SCOREREWARDS DC | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | SYNCB/KTM RETAIL FINANCE | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | SYNCB/LOWES | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0009 | TD BANK NA | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | TOWNSHIP OF BELLEVILLE | SECURED | 686.44 | 0.00% | 0.00 | 0.00 |
| 0011 | U.S. TRUSTEE | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0012 | WELLS FARGO BANK | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0013 | WF/BOBS DISCOUNT FURNITURE | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0014 | CITIZENS BANK NA | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $141.06**
See Summary

**Chapter 13 Case # 18-26692**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 18, 2019.

Receipts: $1,650.00   -   Paid to Claims: $0.00   -   Admin Costs Paid: $141.06   =   Funds on Hand: $2,333.94

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.