**United States Bankruptcy Court**
**District of New Jersey, Newark Division**

**IN RE:**                                                                                          Case No. _____

**Flores, Yohan Modesto**                                                         Chapter **13**
                              Debtor(s)

## AMENDED VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **February 21, 2019**        Signature: */s/ Yohan Modesto Flores*
                                                            **Yohan Modesto Flores**                                                    Debtor

Date: _____    Signature: _____
                                                                                                                                Joint Debtor, if any

© 2019 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)