Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−26692−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Yohan Modesto Flores
   dba Essex Painting Group INC
   40−42 Greylock Place
   Belleville, NJ 07109

Social Security No.:
   xxx−xx−4322

Employer's Tax I.D. No.:
   20−2279825

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 11/01/2018 and a confirmation hearing on such Plan has been scheduled for 12/12/2018.

The debtor filed a Modified Plan on 02/21/2019 and a confirmation hearing on the Modified Plan is scheduled for 3/27/2019 at 08:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: February 22, 2019
JAN: nds

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Yohan Modesto Flores
    Debtor

Case No. 18-26692-SLM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Feb 22, 2019
                     Form ID: 186     Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2019.
```
db              +Yohan Modesto Flores,    40-42 Greylock Place,    Belleville, NJ 07109-1952
517712622       +CAPITAL ONE/LORD & TAYLOR,    P O BOX 30253,    SALT LAKE CITY UT 84130-0253
517868013       +Citizens Bank N.A.,    One Citizens Bank Way,    Mailstop: JCA115,    Johnston, RI 02919-1922
518041910        Citizens Bank, N.A.,    1 Citizens Bank Way # MSC JCA115,    Johnston, RI  02919-1922
518041911        Citizens One Auto Finance,    Consumer Loan Servicing ROP18P,    PO Box 42002,
                   Providence, RI  02940-2002
517712617       +GARDEN SAVINGS FCO,    129 LITTLETON ROAD,    PARSIPPANY NJ 07054-1897
517712619       +GARDEN SAVINGS FCU,    129 LITTLETON ROAD,    PARSIPPANY NJ 07054-1897
518041912       +Garden State Federal Credit Union,    129 Littleton Rd,    Parsippany, NJ 07054-1897
518041913        Home Depot,    PO Box 6497,    Sioux Falls, SD  57117-6497
518041914        Home Depot Credit Card Service,    PO Box 790328,    Saint Louis, MO  63179-0328
518041915        KML Law Group, P.C.,    216 Haddon Ave Ste 406,    Westmont, NJ  08108-2812
517712621       +MACYS DEPARTMENT STORES,    P O BOX 8218,    MASON OH 45040-8218
517712613       +SYNC/SCOREREWARDS DC,    P O BOX 965005,    ORLANDO FL 32896-5005
518041916        Stern & Eisenberg, PC,    1040 Kings Hwy N Ste 407,    Cherry Hill, NJ  08034-1925
517712612        TOWNSHIP OF BELLEVILLE,    WATER DEPARTMENT 152,    WASHINGTON AVE,    BELLEVILLE NJ 07109
518041920        Township Of Belleville,    Water Department,    152 Washington Ave,    Belleville, NJ  07109-2589
517712611       +WELLS FARGO BANK,    NATIONAL ASSOCIATION,    STERN & EISENBERG PC,    22 N MAIN STREET,
                   LAMBERTVILLE NJ 08530-2104
517712620       +WF/BOBS DISCOUNT FURNITURE,    P O BOX 14517,    DES MOINES IA 50306-3517
518041921        Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA  50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2019 22:42:20     U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2019 22:42:19     United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                   Newark, NJ 07102-5235
517712616       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 22 2019 22:42:13     COMENITY BANK/VCTRSSEC,
                   P O BOX 182789,    COLUMBUS OH 43218-2789
517897725        E-mail/Text: bnc-quantum@quantum3group.com Feb 22 2019 22:42:16
                   Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
517712618       +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2019 22:43:36     SYNCB/KTM RETAIL FINANCE,
                   P O BOX 965073,    ORLANDO FL 32896-5073
517712615       +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2019 22:43:25     SYNCB/LOWES,    P O BOX 965005,
                   ORLANDO FL 32896-5005
518041917        E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2019 22:43:16     Synchrony Bank/KTM Retail Finance,
                   PO Box 965073,    Orlando, FL  32896-5073
518041918        E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2019 22:43:26     Synchrony Bank/Sams Club,
                   PO Box 965004,    Orlando, FL  32896-5004
517712614        E-mail/Text: bankruptcy@td.com Feb 22 2019 22:42:22     TD BANK NA,    32 CHESNUT STREET,
                   LEWISTON ME 04240
518041919        E-mail/Text: bankruptcy@td.com Feb 22 2019 22:42:22     TD Bank,    PO Box 84037,
                   Columbus, GA  31908-4037
                                                                                              TOTAL: 10

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2019                                 Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Feb 22, 2019
                              Form ID: 186             Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2019 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series
               2005-HE5 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
               for Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series
               2005-HE5 rsolarz@kmllawgroup.com
              Steven D. Pertuz    on behalf of Debtor Yohan Modesto Flores pertuzlaw@verizon.net,
               G16461@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```