UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Wells Fargo Bank, et al.

In Re:

Yohan Flores,

Debtor.

Case No.:      18-26692-SLM

Chapter:              13

Hearing Date:     3/27/19

Judge:            Meisel

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief from Stay Re: 40-42 Greylock Place (Docket # 38)

_____

Date: 3/27/19                                       /s/ Denise Carlon
                                                    Signature

*rev.8/1/15*