UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973)669-8700
SDP-5632

| In Re: | Case No.: | 18-26692 |
| --- | --- | --- |
| YOHAN MODESTO FLORES | Judge: | SLM |
| | Chapter: | 13 |

| Recommended Local Form: | ☑ Followed | ☐ Modified |
| --- | --- | --- |

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)**

I, _____ Yohan Modesto Flores _____, upon my oath according to law, hereby certify as follows:

1.   The below information is being supplied for compliance with the Confirmation Hearing date on _____ April 10, 2019 _____.

2.   The above named Debtor(s) has /have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3.   The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4.      If the Confirmation hearing date stated in Paragraph 1 is adjourned for any

reason, an updated Certification will be filed with the Court prior to any

subsequent Confirmation hearing date in the event any of the information

contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

DATED:  4/17/19                              /s/ Yohan Modesto Flores
                                             Signature of Debtor

DATED:                                       
                                             Signature of Joint Debtor

new.5/23/06;jml