Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−26692−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Yohan Modesto Flores
   dba Essex Painting Group INC
   40−42 Greylock Place
   Belleville, NJ 07109

Social Security No.:
   xxx−xx−4322

Employer's Tax I.D. No.:
   20−2279825

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/23/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 24, 2019
JAN: rah

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-26692-SLM
Yohan Modesto Flores                                                  Chapter 13
         Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0312-2         User: admin              Page 1 of 2         Date Rcvd: Jul 24, 2019
                             Form ID: 148             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2019.
```
db          +Yohan Modesto Flores,    40-42 Greylock Place,    Belleville, NJ 07109-1952
517712622   +CAPITAL ONE/LORD & TAYLOR,    P O BOX 30253,    SALT LAKE CITY UT 84130-0253
517868013   +Citizens Bank N.A.,    One Citizens Bank Way,    Mailstop: JCA115,    Johnston, RI 02919-1922
518041910    Citizens Bank, N.A.,    1 Citizens Bank Way # MSC JCA115,    Johnston, RI   02919-1922
518041911    Citizens One Auto Finance,    Consumer Loan Servicing ROP18P,    PO Box 42002,
              Providence, RI   02940-2002
517712617   +GARDEN SAVINGS FCO,    129 LITTLETON ROAD,    PARSIPPANY NJ 07054-1897
517712619   +GARDEN SAVINGS FCU,    129 LITTLETON ROAD,    PARSIPPANY NJ 07054-1897
518041912   +Garden State Federal Credit Union,    129 Littleton Rd,    Parsippany, NJ 07054-1897
518041914    Home Depot Credit Card Service,    PO Box 790328,    Saint Louis, MO  63179-0328
518041915    KML Law Group, P.C.,    216 Haddon Ave Ste 406,    Westmont, NJ  08108-2812
517712613   +SYNC/SCOREREWARDS DC,    P O BOX 965005,    ORLANDO FL 32896-5005
518041916    Stern & Eisenberg, PC,    1040 Kings Hwy N Ste 407,    Cherry Hill, NJ  08034-1925
517712612    TOWNSHIP OF BELLEVILLE,    WATER DEPARTMENT 152,    WASHINGTON AVE,    BELLEVILLE NJ 07109
518041920    Township Of Belleville,    Water Department,    152 Washington Ave,    Belleville, NJ  07109-2589
517712611   +WELLS FARGO BANK,    NATIONAL ASSOCIATION,    STERN & EISENBERG PC,    22 N MAIN STREET,
              LAMBERTVILLE NJ 08530-2104
517712620   +WF/BOBS DISCOUNT FURNITURE,    P O BOX 14517,    DES MOINES IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 25 2019 00:24:14     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 25 2019 00:24:11     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517712616   +EDI: WFNNB.COM Jul 25 2019 03:53:00     COMENITY BANK/VCTRSSEC,    P O BOX 182789,
              COLUMBUS OH 43218-2789
518041913    EDI: CITICORP.COM Jul 25 2019 03:53:00     Home Depot,    PO Box 6497,
              Sioux Falls, SD  57117-6497
517712621   +EDI: TSYS2.COM Jul 25 2019 03:53:00     MACYS DEPARTMENT STORES,    P O BOX 8218,
              MASON OH 45040-8218
517897725    EDI: Q3G.COM Jul 25 2019 03:53:00     Quantum3 Group LLC as agent for,    Comenity Bank,
              PO Box 788,    Kirkland, WA  98083-0788
517712618   +EDI: RMSC.COM Jul 25 2019 03:53:00     SYNCB/KTM RETAIL FINANCE,    P O BOX 965073,
              ORLANDO FL 32896-5073
517712615   +EDI: RMSC.COM Jul 25 2019 03:53:00     SYNCB/LOWES,    P O BOX 965005,    ORLANDO FL 32896-5005
518041917    EDI: RMSC.COM Jul 25 2019 03:53:00     Synchrony Bank/KTM Retail Finance,    PO Box 965073,
              Orlando, FL  32896-5073
518041918    EDI: RMSC.COM Jul 25 2019 03:53:00     Synchrony Bank/Sams Club,    PO Box 965004,
              Orlando, FL  32896-5004
517712614    EDI: TDBANKNORTH.COM Jul 25 2019 03:53:00     TD BANK NA,    32 CHESNUT STREET,
              LEWISTON ME 04240
518041919    EDI: TDBANKNORTH.COM Jul 25 2019 03:53:00     TD Bank,    PO Box 84037,
              Columbus, GA  31908-4037
518041921    EDI: WFFC.COM Jul 25 2019 03:53:00     Wells Fargo Home Mortgage,    PO Box 10335,
              Des Moines, IA  50306-0335
                                                                                              TOTAL: 13
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2019                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Jul 24, 2019
                               Form ID: 148             Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2019 at the address(es) listed below:
             Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for
              Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series
              2005-HE5 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
             Marie-Ann  Greenberg    magecf@magtrustee.com
             Rebecca Ann Solarz    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
              for Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series
              2005-HE5 rsolarz@kmllawgroup.com
             Steven D. Pertuz    on behalf of Debtor Yohan Modesto Flores pertuzlaw@verizon.net,
              G16461@notify.cincompass.com
             U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```