UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
SDP-5632

**Order Filed on September 4,
2019 by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

YOHAN MODESTO FLORES

| | |
|---|---|
| Case No.: | 18-26692 (SLM) |
| Chapter: | 13 |
| Judge: | Stacey L. Meisel |

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 4, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and

creditor on _____2/14/19_____ :

Property: ____40-42 Greylock Place, Belleville, NJ 07109_____

Creditor: ____Wells Fargo Bank Nat'l_____

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Yohan Modesto Flores_____ ,
   and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____ ,
   and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____December 4, 2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*