| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: Wells Fargo Bank, National Association, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series 2005-HE5 | Order Filed on February 5, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No: <u>18-26692 SLM</u><br><br>Chapter: <u>13</u><br><br>Judge: Stacey L. Meisel |
| In Re:<br><br>Yohan Modesto Flores,<br><br>     DEBTOR. | |

## CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: February 5, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor:      Yohan Modesto Flores
Case No.:    18-26692 SLM
Caption:     **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, Wells Fargo Bank, National Association, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series 2005-HE5, holder of a mortgage on real property known as 40-42 Greylock Place, Belleville, NJ, 07109, with the consent of Steven D. Pertuz, Esq., counsel for the Debtor, Yohan Modesto Flores,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor shall file a proof of claim within thirty (30) days of the date the parties execute this order; and

It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim shall be deemed allowed; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Debtor reserves the right to object to Secured Creditor's proof of claim.

I hereby agree and consent to the above terms and conditions:    Dated: 2/4/2020

*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:    Dated: 2/3/2020

*/s/ Steven Pertuz*
STEVEN D. PERTUZ, ESQ., ATTORNEY FOR DEBTOR

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                      Case No. 18-26692-SLM
Yohan Modesto Flores                                        Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Feb 05, 2020
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2020.
db             +Yohan Modesto Flores,    40-42 Greylock Place,    Belleville, NJ 07109-1952

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series
               2005-HE5 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
               for Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series
               2005-HE5 rsolarz@kmllawgroup.com
              Steven D. Pertuz    on behalf of Debtor Yohan Modesto Flores pertuzlaw@verizon.net,
               G16461@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5