STEVEN D. PERTUZ, ESQ.
111 NORTHFIELD AVE. STE 304
WEST ORANGE, NJ  07052

Re: YOHAN MODESTO FLORES
40-42 GREYLOCK PLACE
BELLEVILLE, NJ  07109

Atty: STEVEN D. PERTUZ, ESQ.
111 NORTHFIELD AVE. STE 304
WEST ORANGE, NJ  07052

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
#### Chapter 13 Case # 18-26692

### RECEIPTS AS OF 01/15/2021    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/14/2018 | $825.00 | 950008140 | 12/12/2018 | $825.00 | 950009163 |
| 01/15/2019 | $825.00 | 950009747 | 02/20/2019 | $825.00 | 951968384 |
| 03/15/2019 | $825.00 | 951968891 | 04/16/2019 | $825.00 | 953964213 |
| 05/29/2019 | $825.00 | 951969802 | 06/18/2019 | $825.00 | 953962694 |
| 07/23/2019 | $825.00 | 953963122 | 08/30/2019 | $825.00 | 1826692-953964270 |
| 10/09/2019 | $825.00 | 953964843 | 10/23/2019 | $825.00 | 956942638 |
| 12/09/2019 | $825.00 | 956943360 | 12/20/2019 | $825.00 | 956943573 |
| 02/07/2020 | $825.00 | 956944530 | 03/03/2020 | $825.00 | 960064885 |
| 05/14/2020 | $825.00 | 960062826 | | | |

**Total Receipts: $14,025.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $14,025.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| KML LAW GROUP, PC | | | | | | |
| | 05/20/2019 | $531.00 | 825,705 | | | |
| QUANTUM3 GROUP LLC | | | | | | |
| | 05/20/2019 | $30.90 | 826,006 | | | |
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 02/10/2020 | $9,715.94 | 842,475 | 03/16/2020 | $782.10 | 844,347 |
| | 04/20/2020 | $782.10 | 846,292 | 06/15/2020 | $742.50 | 849,953 |
| TOWNSHIP OF BELLEVILLE | | | | | | |
| | 05/20/2019 | $686.44 | 826,473 | | | |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 754.02 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | QUANTUM3 GROUP LLC | UNSECURED | 308.96 | 10.00% | 30.90 | 0.00 |
| 0004 | GARDEN SAVINGS FCU | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | SYNCB/KTM RETAIL FINANCE | UNSECURED | 0.00 | 10.00% | 0.00 | 0.00 |

**Chapter 13 Case # 18-26692**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0009 | TD BANK NA | UNSECURED | 0.00 | 10.00% | 0.00 | 0.00 |
| 0010 | TOWNSHIP OF BELLEVILLE | SECURED | 686.44 | 100.00% | 686.44 | 0.00 |
| 0012 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 573,896.58 | 100.00% | 12,022.64 | 561,873.94 |
| 0014 | CITIZENS BANK NA | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | HOME DEPOT CREDIT SERVICES | UNSECURED | 0.00 | 10.00% | 0.00 | 0.00 |
| 0016 | SYNCHRONY / SAM'S CLUB | UNSECURED | 0.00 | 10.00% | 0.00 | 0.00 |
| 0017 | KML LAW GROUP, PC | (NEW) MTG Agree | 531.00 | 100.00% | 531.00 | 0.00 |

**Total Paid: $14,025.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2021.

Receipts: $14,025.00    -    Paid to Claims: $13,270.98    -    Admin Costs Paid: $754.02    =    Funds on Hand: $0.00

**\*\*NOTE**:   THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.