UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Case No.: 18-26692

IN RE:

Adv. No.:

YOHAN MODESTO FLORES

Hearing Date:

Judge: **SLM**

## CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 01/19/2021, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
YOHAN MODESTO FLORES
40-42 GREYLOCK PLACE
BELLEVILLE, NJ  07109
Mode of Service:  Regular Mail

Attorney for Debtor(s):
STEVEN D. PERTUZ, ESQ.
111 NORTHFIELD AVE. STE 304
WEST ORANGE, NJ  07052
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  January 19, 2021

By:  /S/  Jessica Antoine
Jessica Antoine