**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

YOHAN MODESTO FLORES

**Case No.: 18-26692**

**Adv. No.:**

**Hearing Date:**

**Judge: SLM**

## CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 07/19/2021, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
YOHAN MODESTO FLORES
40-42 GREYLOCK PLACE
BELLEVILLE, NJ 07109
Mode of Service: Regular Mail

Attorney for Debtor(s):
STEVEN D. PERTUZ, ESQ.
111 NORTHFIELD AVE. STE 304
WEST ORANGE, NJ 07052
Mode of Service: Notice of Electronic Filing (NEF)

Dated: July 19, 2021

By: /S/ Jessica Antoine
Jessica Antoine