Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  18−26692−SLM
                Chapter:  13
                Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Yohan Modesto Flores
    dba Essex Painting Group INC
    40−42 Greylock Place
    Belleville, NJ 07109

Social Security No.:
    xxx−xx−4322

Employer's Tax I.D. No.:
    20−2279825

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 8/25/21 at 10:00 AM

to consider and act upon the following:

*126* − Certification in Opposition to (related document:122 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/2/2021. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Steven D. Pertuz on behalf of Yohan Modesto Flores. (Attachments: # 1 Certificate of Service) (Pertuz, Steven)

Dated: 8/6/21

                Jeanne Naughton
                Clerk, U.S. Bankruptcy Court