Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−26692−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Yohan Modesto Flores
   dba Essex Painting Group INC
   40−42 Greylock Place
   Belleville, NJ 07109

Social Security No.:
   xxx−xx−4322

Employer's Tax I.D. No.:
   20−2279825

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 8/25/21 at 10:00 AM

to consider and act upon the following:

*126 −* Certification in Opposition to (related document:122 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/2/2021. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Steven D. Pertuz on behalf of Yohan Modesto Flores. (Attachments: # 1 Certificate of Service) (Pertuz, Steven)

Dated: 8/6/21

        Jeanne Naughton
        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                                  Case No. 18-26692-SLM

Yohan Modesto Flores                                                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                     User: admin                                                     Page 1 of 2
Date Rcvd: Aug 06, 2021                          Form ID: ntchrgbk                                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+                       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                         regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2021:**

**Recip ID              Recipient Name and Address**
db                 +    Yohan Modesto Flores, 40-42 Greylock Place, Belleville, NJ 07109-1952

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2021                                       Signature:           /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2021 at the address(es) listed below:

**Name**                              **Email Address**
Denise E. Carlon
                                                on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2005-HE5,
                                                Mortgage Pass-Through Certificates, Series 2005-HE5 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
                                                magecf@magtrustee.com

Rebecca Ann Solarz
                                                on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2005-HE5,
                                                Mortgage Pass-Through Certificates, Series 2005-HE5 rsolarz@kmllawgroup.com

Steven D. Pertuz
                                                on behalf of Debtor Yohan Modesto Flores pertuzlaw@verizon.net  G16461@notify.cincompass.com

U.S. Trustee
                                                USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Aug 06, 2021 Form ID: ntchrgbk Total Noticed: 1
TOTAL: 5