Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−26692−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Yohan Modesto Flores
dba Essex Painting Group INC
40−42 Greylock Place
Belleville, NJ 07109

Social Security No.:
xxx−xx−4322

Employer's Tax I.D. No.:
20−2279825

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 12/8/21 at 10:00 AM

to consider and act upon the following:

*131* − Notice of Hearing for: (related document:129 Motion to Approve Loan Modification with Select Portfolio Servicing Filed by Steven D. Pertuz on behalf of Yohan Modesto Flores. Objection deadline is 11/15/2021. Hearing scheduled for 11/10/2021 at 10:00 AM at SLM − Courtroom 3A, Newark. (LVJ)

Dated: 11/8/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court