STEVEN D. PERTUZ, ESQ.
111 NORTHFIELD AVE. STE 304
WEST ORANGE, NJ  07052

Re:  YOHAN MODESTO FLORES
     40-42 GREYLOCK PLACE
     BELLEVILLE,  NJ  07109

Atty:  STEVEN D. PERTUZ, ESQ.
       111 NORTHFIELD AVE. STE 304
       WEST ORANGE, NJ  07052

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023**
Chapter 13 Case # 18-26692

## RECEIPTS AS OF 01/13/2023                                    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/14/2018 | $825.00 | 950008140 | 12/12/2018 | $825.00 | 950009163 |
| 01/15/2019 | $825.00 | 950009747 | 02/20/2019 | $825.00 | 951968384 |
| 03/15/2019 | $825.00 | 951968891 | 04/16/2019 | $825.00 | 953964213 |
| 05/29/2019 | $825.00 | 951969802 | 06/18/2019 | $825.00 | 953962694 |
| 07/23/2019 | $825.00 | 953963122 | 08/30/2019 | $825.00 | 1826692-953964270 |
| 10/09/2019 | $825.00 | 953964843 | 10/23/2019 | $825.00 | 956942638 |
| 12/09/2019 | $825.00 | 956943360 | 12/20/2019 | $825.00 | 956943573 |
| 02/07/2020 | $825.00 | 956944530 | 03/03/2020 | $825.00 | 960064885 |
| 05/14/2020 | $825.00 | 960062826 | 03/16/2021 | $825.00 | 962356612 |
| 06/29/2021 | $825.00 | 965240346 | | | |

**Total Receipts: $15,675.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $15,675.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023                  (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| KML LAW GROUP, PC | | | | | | | |
| | 05/20/2019 | $531.00 | 825,705 | | | | |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 05/20/2019 | $30.90 | 826,006 | | | | |
| SELECT PORTFOLIO SERVICING INC | | | | | | | |
| | 02/10/2020 | $9,715.94 | 842,475 | | 03/16/2020 | $782.10 | 844,347 |
| | 04/20/2020 | $782.10 | 846,292 | | 06/15/2020 | $742.50 | 849,953 |
| | 04/19/2021 | $763.12 | 867,809 | | 07/19/2021 | $775.02 | 873,391 |
| TOWNSHIP OF BELLEVILLE | | | | | | | |
| | 05/20/2019 | $686.44 | 826,473 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 865.40 | TBD |

Page 1 of 2

**Chapter 13 Case # 18-26692**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | QUANTUM3 GROUP LLC | UNSECURED | 308.96 | 100.00% | 30.90 | 278.06 |
| 0004 | GARDEN SAVINGS FCU | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | SYNCB/KTM RETAIL FINANCE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | TD BANK NA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | TOWNSHIP OF BELLEVILLE | SECURED | 686.44 | 100.00% | 686.44 | 0.00 |
| 0012 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARR | 13,560.78 | 100.00% | 13,560.78 | 0.00 |
| 0014 | CITIZENS BANK NA | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | HOME DEPOT CREDIT SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | SYNCHRONY / SAM'S CLUB | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | KML LAW GROUP, PC | (NEW) MTG Agree | 531.00 | 100.00% | 531.00 | 0.00 |
| 0018 | SELECT PORTFOLIO SERVICING INC | (NEW) MTG Agree | 350.00 | 100.00% | 0.00 | 350.00 |

**Total Paid: $15,674.52**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $15,675.00      -      Paid to Claims: $14,809.12      -      Admin Costs Paid: $865.40      =      Funds on Hand: $0.48

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.