UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Wells Fargo Bank, National Association, et al.

| | |
|---|---|
| In Re: | Case No.:    18-26692-SLM |
| Yohan Modesto Flores, | Chapter:    13 |
| Debtor. | Hearing Date:    03/22/2023 |
| | Judge:    Meisel |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 140)

_____

Date: 3/21/2023                          /s/ Denise Carlon
                                         Signature

*rev.8/1/15*