Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  18−26692−SLM
        Chapter:  13
        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Yohan Modesto Flores
    dba Essex Painting Group INC
    40−42 Greylock Place
    Belleville, NJ 07109

Social Security No.:
    xxx−xx−4322

Employer's Tax I.D. No.:
    20−2279825

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 5, 2024</u>          <u>Stacey L. Meisel</u>
                                        Judge, United States Bankruptcy Court